UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORENZO FOSSELMAN, JR., | ) | 1:07-CV-00812 LJO NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #6] |
| v. | ) | |
| | ) | ORDER DISMISSING GROUNDS THREE, |
| | ) | FOUR, AND FIVE FROM THE PETITION |
| | ) | FOR WRIT OF HABEAS CORPUS |
| M. S. EVANS, Warden, | ) | [Doc. #1] |
| | ) | |
| Respondent. | ) | ORDER REFERRING CASE BACK TO |
| | ) | MAGISTRATE JUDGE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 14, 2007, the Magistrate Judge issued Findings and Recommendation that recommended Grounds Three, Four, and part of Five be DISMISSED with prejudice from the petition for lack of jurisdiction. Petitioner is no longer in custody for his 1997 conviction; therefore, that conviction is not open to challenge. Lackawanna County Dist. Attorney v. Ross, 532 U.S. 394, 403-404 (2001). The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On July 17, 2007, Petitioner filed objections to the Findings and Recommendation. In

1  accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo*
2  review of the case. Having carefully reviewed the entire file and having considered the objections,
3  the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the
4  record and proper analysis, and there is no need to modify the Findings and Recommendations based
5  on the points raised in the objections.
6      Accordingly, IT IS HEREBY ORDERED that:
7      1. The Findings and Recommendation issued June 14, 2007, is ADOPTED IN FULL;
8      2. Grounds Three, Four, and part of Five[1] are DISMISSED WITH PREJUDICE from the
9  Petition for Writ of Habeas Corpus; and
10     3. The case is REFERRED BACK to the Magistrate Judge for further proceedings pursuant
11 to 28 U.S.C. § 636(b)(1) and Local Rule 72-302.
12
13 IT IS SO ORDERED.
14 **Dated:    August 16, 2007**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

---

[1] That part of Ground Five that concerns the 1997 conviction is DISMISSED.