IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO FOSSELMAN, JR., | 1:07-cv-00812-LJO-GSA (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE A TRAVERSE. |
|     vs. | |
| M.S. EVANS, | (DOCUMENT #25) |
|     Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On December 17, 2007, petitioner filed a motion to extend time to file a traverse.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

Dated: **January 10, 2008**    /s/ Gary S. Austin
                                                           UNITED STATES MAGISTRATE JUDGE