1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

10

### EASTERN DISTRICT OF CALIFORNIA

11

12  LORENZO FOSSELMAN, JR.,           )     1:07-CV-00812 LJO GSA HC
                                      )
13              Petitioner,           )     ORDER DENYING PETITIONER'S
                                      )     MOTION TO ALTER OR AMEND
14       v.                           )     JUDGMENT
                                      )
15  M. S. EVANS, Warden,              )     [Doc. #47]
                                      )
16              Respondent.           )
    _____ )

17

18          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

19  pursuant to 28 U.S.C. § 2254.

20          On December 3, 2008, the undersigned issued an order denying the petition.  Judgment was

21  entered the same date.  On January 12, 2009, Petitioner filed an untimely notice of appeal; the appeal

22  was processed to the Ninth Circuit.  On April 26, 2010, the Ninth Circuit denied Petitioner's request

23  for certificate of appealability for failure to file a timely notice of appeal.  Petitioner filed a petition

24  for rehearing in the Ninth Circuit, which the Ninth Circuit construed as a motion for reconsideration.

25  On June 29, 2010, the motion was denied.

26          On March 21, 2011, Petitioner filed a motion for relief from judgment or order pursuant to

27  Rule 60(b) of the Federal Rules of Civil Procedure in this Court.  Respondent filed an opposition to

28  Petitioner's motion on May 4, 2011.  The Court denied the motion on May 11, 2011.

1    On May 31, 2011, Petitioner filed a second motion for relief from judgment.  Petitioner is

2  advised that his arguments were considered in the Court's ruling on the previous motion for relief,

3  which motion was denied.  For the same reasons previously stated, the instant motion is denied.

4  Petitioner is further advised that this case is terminated.  The petition for writ of habeas corpus, the

5  appeal to the Ninth Circuit, the motion for reconsideration in the Ninth Circuit, and the motion for

6  relief from judgment in this Court have all been denied.  Petitioner is informed that additional filings

7  in this case will be stricken.

8  IT IS SO ORDERED.

9  **Dated:    June 13, 2011**                        _____/s/ Lawrence J. O'Neill_____
                                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28